AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Mississppi

| | |
|---|---|
| WILLIAM COLE <br><br> *Plaintiff(s)* <br> v. <br> CARLOS NIEVES-GARCIA and <br> UNITED STATES OF AMERICA <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:12-CV-191-MPM-JMV |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States Attorney General's Office
501 Third Street NW
Fourth Floor
Washington, D.C. 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Kristy L. Bennett
John Michael Bailey PC
5978 Knight Arnold Rd., Suite 400
Memphis, TN 38115
(901) 529-1111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

David Crews, Clerk of Court

CLERK OF COURT

Date: 10/29/12

*Signature of Clerk or Deputy Clerk*

## AFFIDAVIT OF PROCESS SERVER

United States District Court for the Northern District Of Mississippi

**William Cole**

    Plaintiff(s),

VS.

**Carlos Nieves−Garcia and United States of America**

    Defendant(s).

Attorney: John Michael Bailey

John Michael Bailey, Attorney−At−Law
5978 Knight Arnold Road, Suite 400
Memphis TN 38115

*63217*

**Case Number: 2:12−CV−191−MPM−JMV**

Legal documents received by Same Day Process Service, Inc. on **11/05/2012** at **3:50 PM** to be served upon **United States Attorney General's Office**, at **501 3rd Street NW, Fourth Floor , Washington, DC, 20001**

I, **Daniel Williams**, swear and affirm that on **November 06, 2012** at **12:59 PM**, I did the following:

Served **Government Agency** by delivering a conformed copy of this **Summons in a Civil Action; Complaint** to **DAESHA MCCAIN** as **Authorized Agent** at **501 3rd Street NW, Fourth Floor , Washington, DC 20001** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female Age: 37 Height: 5"9"−6"0" Weight: 161−200 lbs Skin Color: Brown Hair Color: Black

**Supplemental Data Appropriate to this Service:**


I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Daniel Williams**
Process Server

**Same Day Process Service, Inc.**
**1219 11th St., NW**
**Washington DC 20001**

(202)−398−4200

Internal Job ID:63217

District of Columbia: SS
Subscribed and Sworn to before me this ___7th___ day of __November, 2012__

_____
Andrew Yonki, Notary Public, D.C.
My commission expires September 14, 2014